## GARBER *v.* KANSAS.

No. 393.   Decided October 23, 1967.

*Marvin M. Karpatkin, E. Dexter Galloway* and *Melvin L. Wulf* for appellant.

*Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for appellee.

*Leo Pfeffer* for the National Committee for Amish Religious Freedom, as *amicus curiae,* in support of appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE FORTAS are of the opinion that probable jurisdiction should be noted.